INTERNATIONAL UNION BANK v. CLOAK AND SUIT MAKERS BUILDING CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

INTERNATIONAL UNION BANK v. JULIUS PORTNOY, as Treasurer of Joint Board of Cloak, Suit, Dress and Reefer Makers Union, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

INTERNATIONAL UNION BANK v. JULIUS PORTNOY, as Treasurer of Joint Board of Cloak, Suit, Dress and Reefer Makers Union, etc., and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

VITO BAOLTO v. CAROLINA BAOLTO.— Motion to dismiss appeal granted. Present — Dowling, P. J., P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

1463 EAST THIRD ST., INC., v. F. M. B. REALTY COMPANY and Another, Impleaded, etc.— Motion to dismiss appeal as to the defendant 260 West 36th Street Corporation granted, with ten dollars costs, unless said appellant shall have served the proposed case on appeal on the attorneys for the plaintiff, respondent, on or before February 21, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GROVER COLLISON v. JOHN A. McCANN, as Warden of the Penitentiary of the City of New York.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. STEFANO BURGIO.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN SCOTT.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. BERNARD H. RAHILL.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SELINA P. ZUCKERMAN.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

BUCKINGHAM STEEL COMPANY, INC., v. ROSE CONSTRUCTION COMPANY, INC., and Others, Impleaded, etc.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

VAN ALSTON ESTATES, INC., v. LOUIS ADELSON and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.